**Abatement Order filed November 12, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00337-CR

_____

**JAMIE ALBERTO IBARRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010174**

---

## ABATEMENT ORDER

On April 11, 2013, appellant was sentenced to confinement for fifty years in the Institutional Division of the Texas Department of Criminal Justice after his conviction for aggravated assault of a public servant. Appellant's appointed counsel, Jim Leitner, filed a brief in this appeal on October 1, 2013. The State's brief has not yet been filed. On October 23, 2013, counsel filed a motion to withdraw from his representation of appellant because he has accepted

employment with the Harris County Sheriff's Department. Appellant was notified of the motion's filing and provided a copy of the motion. More than ten days have passed, and appellant has filed no objection to the motion. *See* Tex. R. App. P. 6.5, 10.3.

Accordingly, it appears to this Court that counsel's motion should be granted and the appeal abated for the appointment of new counsel. The trial court is directed to see that a supplemental clerk's record containing its order appointing new counsel for appellant is filed with the Clerk of this Court on or before **December 2, 2013.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when a supplemental clerk's record containing the order appointing new counsel is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM